UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Godwin Achu,

Civil No. 00-CV-2559 (ADM/AJB)

Plaintiff,

vs.

**STIPULATION AND ORDER**

Aviv Health Care, Inc.,
d/b/a Queen Care Center,
a Minnesota company

Defendant.

---

Whereas, the parties to this action, through their undersigned counsel, hereby stipulate and agree that Defendant Aviv Health Care, Inc., may have an extension of time until December 18, 2000, in which to answer, move, plead or otherwise respond in this matter to Plaintiff Godwin Achu's Complaint.

**WALLEN-FRIEDMAN LAW OFFICE, P.A.**

December 11, 2000

By: [signature]
Leny K. Wallen-Friedman (#233894)
860 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 341-9893

ORBOVICH & GARTNER CHARTERED
Samuel D. Orbovich #137017
Thomas L. Skorczeski #178305
Historic Hamm Building - Suite 417
408 St. Peter Street



FILED DEC 19 2000
... CLERK

St. Paul, Minnesota 55102-1187
(651) 224-5074

**ATTORNEYS FOR DEFENDANT**
**Aviv Health Care, Inc.**
**d/b/a Queen Care Center**

December 11, 2000

**JOHN A. KLASSEN, P.A.**

John A. Klassen (#24434X)
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
612-204-4533

Margaret R. Manderfeld (#224376)
Manderfeld Law Office
2317 Minneapolis Avenue
Minneapolis, MN 55406
612-724-3331

**ATTORNEY FOR PLAINTIFF**

**ORDER**

IT IS SO ORDERED.

DATED: 12 / 19, 2000

BY THE COURT: