**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Case Type: Employment
Case File No.: 00-CV-2559 (ADM/AJB)

Godwin Achu,

Plaintiff,

v.

Aviv Health Care, Inc.,
d/b/a Queen Care Center,
a Minnesota company,

Defendant.

**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND ORDER**

STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties in this action stipulate that this action shall be dismissed on the merits with prejudice, that the Court may enter judgment dismissing this action with prejudice, and each side shall bear its own costs and expenses, including attorneys' fees.

**NEATON, PUKLICH & KLASSEN**

Dated: 10/9/01

[signature]

John A. Klassen
Atty. Reg. No. 24434X
601 Carlson Parkway
Suite 620
Minnetonka, MN 55305
(952) 258-8444

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Margaret R. Manderfeld (#224376)
Manderfeld Law Office
2317 Minneapolis Avenue
Minneapolis, Minnesota 55406
(612) 724-3331

**ATTORNEYS FOR PLAINTIFF**

**WALLEN-FRIEDMAN LAW OFFICE**

Dated: 10/15/01

Leny K. Wallen-Friedman (#233894)
860 Rand Tower
527 Marquette Avenue
Minneapolis, Minnesota 55402
(612) 341-9893

Samuel D. Orbovich, (#137017)
Thomas L. Skorczeski (#178305)
Orbovich & Gartner, Chtd.
408 St. Peter Street, Suite 417
St. Paul, MN 55102-1187
(651) 224-5074

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and without any further cost to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 29, 2001

Judge of U.S. District Court
**Ann D. Montgomery**